

# NUMBER 13-19-00316-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A.G. AND C.M.G., CHILDREN

On appeal from the 398th District Court
of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina**
**Memorandum Opinion by Justice Longoria**

After appellant's motion for extension of time was granted, his brief in the above cause was due on June 24, 2021. On July 14, 2021, the Clerk of the Court sent notice to appellant instructing that this appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the failure and the appellees were not significantly injured by the appellant's failure to timely file a brief.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).[1]

NORA L. LONGORIA
Justice

Delivered and filed on the
26th day of August, 2021.

---

[1] Any pending motions before this Court are dismissed as moot.